BAKER v. THE CITY OF ST. LOUIS, *Appellant.*

1. **Covenant**: SPECIFIC PERFORMANCE.   The representatives of the
   covenantee may proceed in equity to compel specific performance,
   where the covenant is one which runs with the land.

2. ———, RUNNING WITH THE LAND.   A covenant in a conveyance of
   realty to a city for a street and market house, that the lot shall re-
   vert and the grantee re-convey when the ground ceases to be used
   for a market, runs with the land, the grantors retain the fee subject
   to the easement, and abandonment gives a right of re-entry.

3. ———, TO RE-CONVEY IN CASE OF BREACH.   The covenant to re-con-
   vey relieves the grantors from the rule which requires that the re-
   versioner shall enter before he can maintain a claim of forfeiture for
   a breach of a condition subsequent.

4. **Streets**: PARTITION OF ABUTTING LANDS : RIGHTS OF PARTITIONERS IN
   STREET.   Where the grantors have made partition of the ground
   bounded on one side by the dedicated street, the deeds carry the fee,
   subject to the easement, to the center of the street, and each grantee
   takes in severalty a reversionary right in so much of the street as
   pertains to the lot acquired by him in partition, which he may as-
   sert against the city.

5. **Equity** JUDGMENT FOR POSSESSION.   Judgment for possession may
   follow the final ascertainment of a party's title as against his adver-
   sary in possession in a proceeding in equity.*

        *Appeal from St. Louis Court of Appeals*

AFFIRMED.

   *Leverett Bell* for appellant.

   *Garland Pollard* for respondents.

RAY, J.—This case involves a number of points, all of
which are elaborately discussed and decided by the St.
Louis court of appeals in its opinion in this case, reported
in 7 Mo. App. 429.   We have carefully considered that
opinion together with the record in the cause, as well as
the briefs and arguments of counsel in this court, and as
we concur with that court, not only in the result reached,

---

*These syllabi are taken from 7 Mo. App. 429.

but also in the treatment and disposition of the several points involved in the case we deem it sufficient to refer to that opinion as containing the law of the case, well considered and correctly decided. The judgment of the St. Louis court of appeals is, therefore, affirmed. All the judges concur.